**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA, LAFAYETTE DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Maximus Industries Corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-2780902 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3535 Brady Lane <br> Lafayette, IN 47909 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Tippecanoe <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Maximus Industries Corporation                                    Case number (if known) _____
        Name

**7.  Describe debtor's business**   A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship _____ |
|---|---|---|---|
| District _____ | | When _____ | Case number, if known _____ |

Debtor   Maximus Industries Corporation                                    Case number (*if known*)  _____
         Name

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Maximus Industries Corporation                                    Case number (*if known*) _____
                Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 25, 2024
                          MM / DD / YYYY

**X** /s/ Sam Bazzi                                                            Sam Bazzi
Signature of authorized representative of debtor          Printed name

Title    President/CEO

**18. Signature of attorney**

**X** /s/ Sarah L. Fowler                                        Date    June 25, 2024
Signature of attorney for debtor                                        MM / DD / YYYY

Sarah L. Fowler 30621-49
Printed name

Blackwell Burke and Fowler PC
Firm name

101 West Ohio Street  Suite 1700
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone    (317) 635-5005          Email address    sfowler@bbrlawpc.com

30621-49 IN
Bar number and State

Debtor   Maximus Industries Corporation
_____     Case number *(if known)* _____
        Name

```
┌─────────────────────────────────────────────────────────┐
│ Fill in this information to identify your case:           │
├─────────────────────────────────────────────────────────┤
│ United States Bankruptcy Court for the:                   │
│                                                           │
│ NORTHERN DISTRICT OF INDIANA, LAFAYETTE DIVISION          │
│                                                           │
│ Case number (if known) _____  Chapter  11     │
└─────────────────────────────────────────────────────────┘
```

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | Relationship to you |
|---|---|---|---|---|
| Debtor | Action SCS LLC | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | GC3 Logistics, Inc. | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | GC3 Warehousing, LLC | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | Maximus Logistics Corporation | | | Parent |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | Maximus Logistics Solutions, LLC | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | Maximus Supply Chain Holdings, LLC | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |
| Debtor | Maximus Transport Systems, LLC | | | Affiliate |
| District | Northern District of Indiana | When | 6/25/24 | Case number, if known |

# MAXIMUS INDUSTRIES CORPORATION
# ACTION BY WRITTEN CONSENT OF SHAREHOLDER

The undersigned, Sam Bazzi, as the Sole Member of Maximus Supply Chain Holdings, LLC, an Indiana limited liability company, as the Sole Shareholder of Maximus Logistics Corporation, as the Sole Shareholder of Maximus Industries Corporation (the "**Company**"), in accordance with and pursuant to the Company's bylaws and Article 1 of Title 23 of the Indiana Code, does hereby consent to, adopt, and approve the following resolutions, with the same force and effect as if such resolutions were duly adopted by the affirmative vote of the Shareholder taken at a special meeting duly called and held on the 25th day of June, 2024 ("**Effective Date**"):

WHEREAS, in the judgment of the Shareholder, based in part upon a review of the Company's assets and liabilities and in consultation with its advisors, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a voluntary bankruptcy petition (the "**Petition**") be filed by the Company under the provisions of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § § 101-1532 (the "**Bankruptcy Code**");

NOW, THEREFORE, BE IT RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the same;

FURTHER RESOLVED, that the Shareholder is hereby authorized, directed, and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and other documents related to the bankruptcy case and to cause the Petition to be filed with the United States Bankruptcy Court for the Northern District of Indiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as the Shareholder, in its discretion, deems necessary or desirable in order to carry out the intent and accomplish the purposes of these resolutions (approval of any of the above described documents to be conclusively established by the execution thereof by the Shareholder), (ii) to execute (a) a consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any, or (b) a request for conversion of an involuntarily-commenced chapter 11 or chapter 7 case, if any, (iii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee postpetition funding) necessary or desirable in connection with the foregoing, and (iv) to execute and verify any and all other documents necessary or appropriate in connection therewith in such form as the

Shareholder may approve (such approval to be conclusively established by the execution thereof by the Shareholder);

FURTHER RESOLVED, that the law firm of Blackwell, Burke & Fowler, P.C., Gutwein Law, and any local Indiana counsel or special counsel selected by the Shareholder, if any, are authorized, empowered, and directed to represent the Company, as debtor and/or debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that Shareholder is authorized, directed, and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants, and other professionals as such the Shareholder shall deem appropriate in its judgment;

FURTHER RESOLVED, that the Shareholder is authorized, directed, and empowered to enter into, in the name of and on behalf of the Company, as debtor and/or debtor in possession, any financial transactions as the Shareholder so acting shall deem appropriate in their judgment, including, without limitation, other entities, as borrower, co-borrower, guarantor, or in any other capacity as the Shareholder shall deem appropriate in their judgment;

FURTHER RESOLVED, that each and every manager and officer of the Company, be, and each of them, acting alone, is hereby authorized, directed, and empowered from time to time in the name of and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee post-petition funding); all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Shareholder, each manager and officer of the Company be, and each of them, acting alone, hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions;

FURTHER RESOLVED, that all actions heretofore taken by any manager, officer, or director of the Company in connection with the foregoing resolutions be, and all such actions hereby are, confirmed, ratified, and approved in all respects; and

IN WITNESS WHEREOF, the undersigned Shareholder of the Company has executed this Written Consent as of the Effective Date.

_/s/ Sam Bazzi_
Sam Bazzi, as Sole Member of
Maximus Supply Chain Holdings,
LLC, as the Sole Shareholder of
Maximus Logistics Corporation, as the
Sole Shareholder of Maximus
Industries Corporation

**Fill in this information to identify the case:**

Debtor name    Maximus Industries Corporation

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA, LAFAYETTE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 25, 2024      **X** /s/ Sam Bazzi
                                         Signature of individual signing on behalf of debtor

                                         Sam Bazzi
                                         Printed name

                                         President/CEO
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Maximus Industries Corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA, LAFAYETTE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALL PHASE ELECTRIC SUPPLY PO BOX 850660 Minneapolis, MN 55485 | | | | | | $28,907.19 |
| ALLIED UNIVERSAL SECURITY SERVICES 161 WASHINGTON ST. STE 600 Conshohocken, PA 19428 | | | | | | $21,999.25 |
| ALRO STEEL CORPORATION 24876 NETWORK PLACE Chicago, IL 60673 | | | | | | $15,748.91 |
| ALUMINUM LINE PRODUCTS CO DEPT. 781557 Detroit, MI 48278 | | | | | | $450,992.79 |
| BUDNICK CONVERTING INC 340 PARKWAY DRIVE Columbia, IL 62236 | | | | | | $94,857.28 |
| BYSTRONIC INC. 2200 W CENTRAL RD Hoffman Estates, IL 60192 | | | | | | $132,297.26 |
| Continental Tire the Americas, LLC 1830 Macmillan Park Drive Fort Mill, SC 29707 | | | | | | $213,907.20 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    Maximus Industries Corporation                        Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEC TOOL CORPORATION 2651 DUKANE DRIVE Saint Charles, IL 60174 | | | | | | $88,125.00 |
| DOMINION TECHNOLOGIES GROUP 15736 STURGEON RD Roseville, MI 48066 | | | | | | $69,793.00 |
| H&R Industrial 832 S Berkley Rd Kokomo, IN 46901 | | | | | | $12,250.00 |
| Holscher Products, Inc 407 West Main Street Fowler, IN 47944 | | | | | | $12,635.47 |
| INGERSOLL-RAND INDUSTRIAL US INC 15768 COLLECTIONS CENTER DRIVE Chicago, IL 60693 | | | | | | $12,657.14 |
| MACALLISTER MACHINERY DEPT 78731 Detroit, MI 48278 | | | | | | $32,228.00 |
| MATRIX DESIGN LLC 1361 SCHIFERL ROAD Bartlett, IL 60103 | | | | | | $28,052.53 |
| RYERSON HOLDINGS CORP 24487 NETWORK PLACE Chicago, IL 60606 | | | | | | $47,326.22 |
| SECURIT METAL PRODUCTS CO 55905 92ND AVE Dowagiac, MI 49047 | | | | | | $251,242.50 |
| STAG LAFAYETTE 2 LLC ONE FEDERAL STREET Boston, MA 02110 | | | | | | $64,162.31 |
| STEVE'S OVERHEAD DOOR COMPANY 2643 DUNCAN RD Lafayette, IN 47904 | | | | | | $10,497.77 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Maximus Industries Corporation _____    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TJ Snow Company, Inc<br>120 Nowlin Lane<br>Chattanooga, TN 37421 | | | | | | $8,747.14 |
| TRI-ESCO<br>PO BOX 6386<br>Lafayette, IN 47903 | | | | | | $11,282.76 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Indiana, Lafayette Division

In re    Maximus Industries Corporation

Debtor(s)

Case No.

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Maximus Logistics Corporation<br>3535 Brady Lane<br>Lafayette, IN 47909 | | | Sole Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 25, 2024

Signature    /s/ Sam Bazzi

Sam Bazzi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana, Lafayette Division

In re    Maximus Industries Corporation                                          Case No.
                                                Debtor(s)                        Chapter    11


# VERIFICATION OF CREDITOR MATRIX


The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:    June 25, 2024                          /s/ Sam Bazzi
                                                Sam Bazzi/President/CEO
                                                Signer/Title

3D MACHINE INC
215 SOUTH NEWTON ST
Goodland, IN 47948


ALCORN INDUSTRIAL INC
5412 ROCK HAMPTON COURT
Indianapolis, IN 46268


ALL PHASE ELECTRIC SUPPLY
PO BOX 850660
Minneapolis, MN 55485


ALLIED UNIVERSAL SECURITY SERVICES
161 WASHINGTON ST. STE 600
Conshohocken, PA 19428


ALRO STEEL CORPORATION
24876 NETWORK PLACE
Chicago, IL 60673


ALUMINUM LINE PRODUCTS CO
DEPT. 781557
Detroit, MI 48278


American Welding & Gas, Inc.
PO BOX 779009
Chicago, IL 60677


ASCENTIUM CAPITAL
23970 Highway 59 N
77339


Blue Bridge Financial, LLC
11921 Freedom Dr. Suite 1130
Reston, VA 20190

BUDNICK CONVERTING INC
340 PARKWAY DRIVE
Columbia, IL 62236


BYSTRONIC INC.
2200 W CENTRAL RD
Hoffman Estates, IL 60192


C and C Diverse Integrations LLC
720 Vine Street
West Lafayette, IN 47906


Cambridge Ventures, L.P.
4181 East 96th Street, Suite 200
Indianapolis, IN 46240


Centier Bank
600 East 84th Ave
Merrillville, IN 46410


Continental Tire the Americas, LLC
1830 Macmillan Park Drive
Fort Mill, SC 29707


DEC TOOL CORPORATION
2651 DUKANE DRIVE
Saint Charles, IL 60174


DOMINION TECHNOLOGIES GROUP
15736 STURGEON RD
Roseville, MI 48066


DOMINION TECHNOLOGIES GROUP, INC.
15736 Sturgeon Road
Roseville, MI 48066

```
ELEMENT MATERIALS TECHNOLOGY
662 Cromwell Ave
Saint Paul, MN 55114


FIDELITY SECURITY LIFE INSURANCE CO
PO BOX 632530
Cincinnati, OH 45263


GLOBAL FASTENER & SUPPLY
W160S6381 COMMERCE DR
Muskego, WI 53150


GoEngineer, LLC
739 Fort Union Blvd
Midvale, UT 84047


GRAINGER
DPT 888288223
Palatine, IL 60038


H&E EQUIPMENT SERVICES INC
PO BOX 849850
Dallas, TX 75284


H&R Industrial
832 S Berkley Rd
Kokomo, IN 46901


Hall,Render,Killian,Health & Lyman, P.C.
P.O. BOX 714570
Cincinnati, OH 45271


Holscher Products, Inc
407 West Main Street
Fowler, IN 47944
```

```
HOOSIER CONVEYOR COMPANY
235 W JACKSON ST
Knightstown, IN 46148


HUMSTON MACHINERY INC
10813 DEANDRA DR
Zionsville, IN 46077


Indiana Community Business Credit Corp
4181 East 96th Street, Suite 200
Indianapolis, IN 46240


Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, MS 108
Indianapolis, IN 46204


INDIANA OXYGEN COMPANY
6099 CORPORATE WAY
Indianapolis, IN 46278


INDIANA STATEWIDE CDC
4181 E 96TH ST #200
Indianapolis, IN 46240


Indiana Statewide Certified Development
4181 East 96th Street
Indianapolis, IN 46240


INGERSOLL-RAND INDUSTRIAL US INC
15768 COLLECTIONS CENTER DRIVE
Chicago, IL 60693


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

JX Financial, Inc.
925 Walnut Ridge Dr Suite 150
Hartland, WI 53029


KIRBY RISK ELECTRICAL SUPPLY
5015-A SPEEDWAY DR
Fort Wayne, IN 46825


LH INDUSTRIAL SUPPLIES
10 CREASY CT
Lafayette, IN 47905


Lynx Capital Corporation
4181 East 96th Street, Suite 200
Indianapolis, IN 46240


M&T EQUIPMENT FINANCE CORPORATION
4225 NAPERVILLE RD, SUITE 175
Lisle, IL 60532


MACALLISTER MACHINERY
DEPT 78731
Detroit, MI 48278


MATRIX DESIGN LLC
1361 SCHIFERL ROAD
Bartlett, IL 60103


MCMASTER-CARR SUPPLY COMPANY
600 N. COUNTY LINE ROAD
Elmhurst, IL 60126


Meridian Equipment Finance LLC
9 Old Lincoln Highway,
Malvern, PA 19355

```
METRONET
414 N EARL AVE
47904


Mitsubishi HC Capital America, Inc.
800 Connecticut Avenue
Norwalk, CT 06854


MOTION INDUSTRIES INC
PO BOX 98412
Chicago, IL 60693


Myers Tire Supply Distributions Inc.
24377 Network Place
Chicago, IL 60673


OP 4 Loan Fund LLC
4181 East 96th Street, Suite 200
Indianapolis, IN 46240


PACCAR FINANCIAL
PO BOX 1518
Bellevue, WA 98009


PACKAGING SYSTEMS OF INDIANA
3532 CROUCH ST
Lafayette, IN 47905


POMP'S TIRE SERVICE
PO BOX 88697
Milwaukee, WI 53288


PROLIFT TOYOTA MATERIAL HANDLING
PO BOX 772679
Detroit, MI 48277
```

```
PRUDENTIAL
PO Box 981503
Boston, MA 02298


RS Americas, Inc.
7151 Jack Newell Blvd South
Fort Worth, TX 76118


RYERSON HOLDINGS CORP
24487 NETWORK PLACE
Chicago, IL 60606


SECURIT METAL PRODUCTS CO
55905 92ND AVE
Dowagiac, MI 49047


SIMPLE MACHINES LLC
3880 S State Rd 39
Frankfort, IN 46041


STAG LAFAYETTE 2 LLC
ONE FEDERAL STREET
Boston, MA 02110


STEVE'S OVERHEAD DOOR COMPANY
2643 DUNCAN RD
Lafayette, IN 47904


The Community Investment Fund of Indiana
4181 East 96th Street, Suite 200,
Indianapolis, IN 46240


TJ Snow Company, Inc
120 Nowlin Lane
Chattanooga, TN 37421
```

```
TRI-ESCO
PO BOX 6386
Lafayette, IN 47903


U.S. Small Business Administration
8500 Keystone Crossing, Suite 400
Indianapolis, IN 46240
```

# United States Bankruptcy Court
## Northern District of Indiana, Lafayette Division

In re  Maximus Industries Corporation

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Maximus Industries Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Maximus Logistics Corporation
3535 Brady Lane
Lafayette, IN 47909

☐ None [*Check if applicable*]

June 25, 2024

Date

/s/ Sarah L. Fowler

Sarah L. Fowler 30621-49

Signature of Attorney or Litigant

Counsel for   Maximus Industries Corporation

Blackwell Burke and Fowler PC
101 West Ohio Street  Suite 1700
Indianapolis, IN 46204
(317) 635-5005  Fax:
sfowler@bbrlawpc.com